IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ASBESTOS LITIGATION: | ) |
| | ) |
| NEAL WINES, Individually and as Executor of the Estate of DONNIE LACEY WINES, and on behalf of all Wrongful Death beneficiaries, | ) ) ) ) |
| | ) C.A. No. 14-cv-1190 (GMS-SRF) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ABB, INC., et al., | ) ) |
| Defendants. | ) ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry Fallon issued on June 10, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, this 21st day of July, 2016, by the United States District Court for the District of Delaware, it is ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 207) is ADOPTED;

2. The Plaintiff's Motion to Remand to State Court (D.I. 151) is GRANTED; and

3. This matter is hereby REMANDED to the Superior Court of the State of Delaware.

UNITED STATES DISTRICT JUDGE